BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00436-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| VICTOR HOMERO NIETO, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Victor Homero Nieto, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2323, defendant Victor Homero Nieto's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of and destroyed according to law:

    a.  118 Counterfeit DVDs
    b.  383 Counterfeit Sandisks
    c.  15 Counterfeit Apple
    d.  14 Counterfeit Angry Bird
    e.  90 USBs
    f.  HP Desktop Model #PCM260N, SN: MXK3281CMX
    g.  HP Laptop Model #Mini110, SN: CNU9214FS5
    h.  Western Digital External hard drive, SN: WMA2A2640316M
    i.  Black Boost mobile SN: 320813391057
    j.  Olympus SP700 Digital Camera

```
        k.   24 Music Angel mini speaker model #JH-MAUK2
        l.   21 Music Angel mini speaker model #JH-MD08
        m.   14 Music Angel mini speaker model #JH-MAUK3
        n.   80 Music Angel mini speaker model #JH-MD05X
        o.   70 Music Angel mini speaker model #JH-MD07
        p.   5 Shockwave intelligence speaker model #C350
        q.   6 miscellaneous counterfeit packaging
        r.   21 Abble wall charger
        s.   37 USB car charger
        t.   Apple 8GB iPod
        u.   Think Box mini speaker
        v.   4 Nintendo 3DS XL games
        w.   81 Micro SD adaptors with R4 ITT packaging
        x.   362 Micro SD adaptors
        y.   3 R4 ITT adaptors with 4GB memory cards
        z.   7 Micro SD adaptors with 4GB memory cards
        aa.  41 R4 ITT adaptors
        bb.  3 ledger and receipt books
        cc.  Box of business cards
        dd.  Miscellaneous documents
        ee.  Box with shipping labels
        ff.  Blue Ray DVD
        gg.  Angry Birds headphones
        hh.  256MB Micro SD card
        ii.  2GB Micro SD card
        jj.  32GB Micro SD card
        kk.  52 4GB Micro SD cards
        ll.  27 8GB Micro SD cards
        mm.  20 Micro SD adaptors & Micro SD 4GB memory cards
        nn.  30 Micro SD 4GB memory cards
        oo.  22 Music Angel mini speaker model #JH-MD08
        pp.  38 Music Angel mini speaker model #JH-MD07
        qq.  20 Music Angel mini speaker model #JH-MAUK5B
        rr.  30 Music Angel mini speaker model #JH-MAUK3
        ss.  Kaidaer speaker KD-MN02
        tt.  Invoice and package labels
        uu.  36 GB Station Lights
        vv.  2 PVP Station Lights
        ww.  2 Pocket Boys
        xx.  2 XP II pockets
        yy.  2 PXP Go
        zz.  2 NBS Lights
        aaa. Shipping box and label
```

2.   The above-listed assets constitute articles, the making or trafficking of which is prohibited under 17 U.S.C. § 506, is property used, or intended to be used, in any manner or part to commit or facilitate the commission of the aforementioned violation, and is property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the

aforementioned violation, all in violation of 18 U.S.C. § 2323.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of
///
///
///

Forfeiture pursuant to 18 U.S.C. § 2323, in which all interests will be addressed.

IT IS SO ORDERED.

Dated:  **October 1, 2013**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE