BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-CR-00436-LJO-SKO |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| VICTOR HOMERO NIETO, | ) |
| Defendant. | ) |

WHEREAS, on October 2, 2013, the Court entered a Preliminary Order of Forfeiture, and an Amended Preliminary Order of Forfeiture on November 14, 2013, forfeiting to the United States all right, title, and interest of defendant Victor Homero Nieto in the following property:

a. 118 Counterfeit DVDs
b. 383 Counterfeit Sandisks
c. 15 Counterfeit Apple
d. 14 Counterfeit Angry Bird
e. 90 USBs
f. HP Desktop Model #PCM260N, SN: MXK3281CMX
g. HP Laptop Model #Mini110, SN: CNU9214FS5
h. Western Digital External hard drive, SN: WMA2A2640316M
i. Black Boost mobile SN: 320813391057
j. Olympus SP700 Digital Camera
k. 24 Music Angel mini speaker model #JH-MAUK2
l. 21 Music Angel mini speaker model #JH-MD08

```
        m.   14 Music Angel mini speaker model #JH-MAUK3
        n.   80 Music Angel mini speaker model #JH-MD05X
        o.   70 Music Angel mini speaker model #JH-MD07
        p.   5 Shockwave intelligence speaker model #C350
        q.   6 miscellaneous counterfeit packaging
        r.   21 Abble wall charger
        s.   37 USB car charger
        t.   Apple 8GB iPod
        u.   Think Box mini speaker
        v.   4 Nintendo 3DS XL games
        w.   81 Micro SD adaptors with R4 ITT packaging
        x.   362 Micro SD adaptors
        y.   3 R4 ITT adaptors with 4GB memory cards
        z.   7 Micro SD adaptors with 4GB memory cards
        aa.  41 R4 ITT adaptors
        bb.  3 ledger and receipt books
        cc.  Box of business cards
        dd.  Miscellaneous documents
        ee.  Box with shipping labels
        ff.  Blue Ray DVD
        gg.  Angry Birds headphones
        hh.  256MB Micro SD card
        ii.  2GB Micro SD card
        jj.  32GB Micro SD card
        kk.  52 4GB Micro SD cards
        ll.  27 8GB Micro SD cards
        mm.  20 Micro SD adaptors & Micro SD 4GB memory cards
        nn.  30 Micro SD 4GB memory cards
        oo.  22 Music Angel mini speaker model #JH-MD08
        pp.  38 Music Angel mini speaker model #JH-MD07
        qq.  20 Music Angel mini speaker model #JH-MAUK5B
        rr.  30 Music Angel mini speaker model #JH-MAUK3
        ss.  Kaidaer speaker KD-MN02
        tt.  Invoice and package labels
        uu.  36 GB Station Lights
        vv.  2 PVP Station Lights
        ww.  2 Pocket Boys
        xx.  2 XP II pockets
        yy.  2 PXP Go
        zz.  2 NBS Lights
        aaa. Shipping box and label
        bbb. Gameboy Advance Sp System
        ccc. Nintendo DSI XL System
        ddd. Nintendo DSI System
        eee. Nintendo Wii System with two controllers
        fff. Play Station Portable console
        ggg. Garmin Nuvi Model #1350
```

AND WHEREAS, beginning on November 24, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323, to be disposed of according to law, including all right, title, and interest of Victor Homero Nieto.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **January 27, 2014**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE